NUMBER 13-02-528-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
CARLOS ANTONIO VILLARREAL, ET AL.,                          Appellants,

v.

CATHERINE DURIVAGE, ET AL.,                                        Appellees.
________________________________________________________

On appeal from the 197th District Court
of Cameron County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Castillo
Opinion Per Curiam

         Appellants, CARLOS ANTONIO VILLARREAL, ET AL., perfected an appeal from
a judgment entered by the 197th District Court of Cameron County, Texas, in cause
number 99-12-5326-C. After the record and briefs were filed and after the cause was
submitted to the Court, the parties filed a joint motion to dismiss the appeal. In the
motion, the parties state that the underlying cause has been settled. The parties
request that this Court dismiss the appeal with costs accruing to the party bearing
same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 1st day of April, 2004.